# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Mehdijaffer Allyakber Mulla, | Case No. 20-CV-0931 (SRN/LIB) |
| Plaintiff, | |
| v. | **ORDER** |
| The University of Minnesota; The Regents of the University of Minnesota; Michael Kim; and Julia Weston, | |
| Defendants. | |

This matter is before the Court on the application to proceed *in forma pauperis* ("IFP") on appeal of plaintiff Mehdijaffer Allyakber Mulla. *See* Docket No. 52. Mulla's application to proceed IFP before this Court was denied as moot after Mulla paid the filing fee for this matter. *See* Doc. No. 7. That said, Mulla's pending appellate IFP application establishes his financial eligibility for IFP status, and the Court finds that Mulla's appeal is taken in good faith. *See* Fed. R. App. P. 24(a)(3). Accordingly, the IFP application will be granted.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED that the application to proceed *in forma pauperis* on appeal of plaintiff Mehdijaffer Allyakber Mulla [Doc. No. 52] is GRANTED.

Dated: March 23, 2021                             s/Susan Richard Nelson
                                                  SUSAN RICHARD NELSON
                                                  United States District Judge